### 3822.   BENTLEY *v.* CITY OF ATLANTA.

RUSSELL, J.   The evidence authorized the inference of the defendant's guilt, and the judge did not err in dismissing the certiorari.

*Judgment affirmed. Pottle, J., not presiding.*

DECIDED MARCH 19, 1912.   REHEARING DENIED APRIL 16, 1912.

Certiorari; from Fulton superior court—Judge Bell.   September 19, 1911.

*John A. Boykin,* for plaintiff in error.
*James L. Mayson, William D. Ellis Jr.,* contra.·